CRITES v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 3, 1915.) No. 4257. In Error to the District Court of the United States for the Eastern District of Oklahoma. A. F. Moss, of Tulsa, Okl. (H. B. Martin, of Tulsa, Okl., on the brief), for plaintiff in error. Carter Smith, Asst. U. S. Atty., of Muskogee, Okl. (D. H. Linebaugh, U. S.· Atty., of Muskogee, Okl., on the brief), for the United States. Before HOOK and CARLAND, Circuit Judges, and AMIDON, District Judge

HOOK, Circuit Judge. Crites was convicted of the offense of introducing and carrying intoxicating liquor from without the state of Oklahoma into that part of the state which was formerly Indian Territory, contrary to Act March 1, 1895, c. 145, § 8, 28 Stat. 697. We do not think the evidence sufficient to justify the conviction. The sentence is reversed, and the ·cause is remanded for a new trial.

---

FREE SEWING MACH. CO. et al. v. MAUND. (Circuit Court of Appeals, Fifth Circuit. .April 5, 1915.) No. 2702. Appeal from the District ·Court of the United States for the Northern District of Florida; Wm. B. Sheppard, Judge. W. A. Blount, F. B. Carter, and A. C. Blount, Jr., all of Pensacola, Fla., J. Bowers Campbell, of Marianna, Fla., Fred T. Myers, of ·Tallahassee, Fla., and C. L. Wilson, of Marianna, Fla., for appellants. Wm. C. Hodges and W. J. Oven, both of Tallahassee, Fla., for appellee. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The decree of the trial court, dismissing the petition ·of creditors, was rendered July 23, 1914, and the F. A. Ames Company filed its petition to intervene on August 4, 1914. It follows that, when the ·cause was disposed of, the F. A. Ames Company was not a party to the proceeding, and therefore had no standing in court. Besides, it. has no standing here, since it is not a party to the appeal, nor does it complain, by assigning error, of the ruling of the court. In dismissing the petition of the ·creditors, the trial court was right, and the decree is affirmed. Affirmed.

---

HIDEKUNI IWATA v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. June 7, 1915.) No. 2612. Appeal from the District Court of the United States for the Northern .Division of the Southern District of ·California. Lewis H. Smith, of Fresno, Cal., for appellant. Albert Schoonover, U. S. Atty., and Clyde R. Moody, Asst. U. S. Atty., both of Los Angeles, Cal., for the United States.

PER CURIAM. On motion of counsel for appellant, and pursuant to stipulation of counsel for respective parties filed therefor, appeal dismissed, .at the cost of the appellant.

---

HOPKINS v. GILBERT et al. (Circuit Court of Appeals, Fourth Circuit. February 18, 1915.) No. 1332. Appeal from the District Court of the United States for the District of North Carolina, at Asheville. F. A. Sondley and Theodore F. Davidson, .both of Asheville, N. C., and C. B. Ellis, of Washington, D. C., for petitioner. Marshall W. Bell, of Murphy, N. C., and James H. Merrimon, of Asheville, N. C., for respondents.

PER CURIAM. On .motion .to amend and correct judgment entered by this court in case No. 1134 and to recall mandate. Motion granted. See, .also, ·204 Fed. 196.